IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NICKIE GRISBY**                                                    **PLAINTIFF**

v.                      No. 5:14-cv-270-DPM-JTR

**CLARK, Sergeant, Dub Brassell
Detention Center; GREG BOLIN, Jail Administrator,
Dub Brassell Detention Center; and
TYRA TYLER, Assistant Jail Administrator,
Dub Brassell Detention Center**             **DEFENDANTS**

### ORDER

Magistrate Judge Ray gave Grisby thirty days to pay the filing fee or properly complete an *in forma pauperis* form. № 4. Thirty days have passed with no word from her. The Court therefore dismisses the complaint for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2014