IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NICKIE GRISBY**                                                   **PLAINTIFF**

v.                        No. 5:14-cv-270-DPM

**CLARK, Sergeant, Dub Brassell
Detention Center; GREG BOLIN, Jail Administrator,
Dub Brassell Detention Center; and
TYRA TYLER, Assistant Jail Administrator,
Dub Brassell Detention Center**                    **DEFENDANTS**

JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2014